# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:17 cr 125

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ZACHARY WINCHESTER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pending before the Court is the Motion for Detention Hearing and Motion for the Court to Set Conditions of Pre-trial Release [# 23]. Defendant has been accepted into a drug treatment program. Defendant now asks the Court to hold a hearing and allow for the transfer of Defendant to the treatment program. The motion, however, has not provided a date of when Defendant could go into treatment.

Therefore, the Court **DENIES** the motion [# 23] without prejudice. Defendant may refile the motion including the date on which Defendant can go into treatment.

Signed: December 20, 2017

Dennis L. Howell
United States Magistrate Judge